1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY KENNEDY,

11                   Plaintiff,                        No. CIV S-10-2690 EFB P

12         vs.

13   PORTER,

14                   Defendant.                        <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  Plaintiff has not paid the filing fee or filed an application to proceed *in forma*

18   *pauperis*.

19          Plaintiff alleges a violation of his civil rights in Kern County, California.  Kern County is

20   in the Fresno Division of this court and the action should have been commenced there.  *See*

21   Local Rule 120(d).

22          Accordingly, it is hereby orderd that:

23          1.  This action is transferred to the Fresno Division.

24          2.  The Clerk of Court shall assign a new case number.

25   ////

26   ////

1

1      3.  All future filings shall bear the new case number and shall be filed at:

2            United States District Court
               Eastern District of California

3            2500 Tulare Street
               Fresno, CA 93721

4

5  DATED:  October 18, 2010.

6                             EDMUND F. BRENNAN

7                         UNITED STATES MAGISTRATE JUDGE